No. 67015.—Dana Import Co. and Arthur J. Fritz & Co. et al. *v.* United States, protests 59/13397, etc. (San Francisco).

Opinion by FORD, J.   In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727) and Abstract 66159, the items marked "A" were held dutiable at 30 percent under paragraph 915, as modified, *supra*, as knit nylon gloves similar in use to cotton gloves and the items marked "B" at 30 percent under paragraph 1208, as modified, *supra*, as knit nylon gloves similar in use to silk gloves.